UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2025 JUL -9 P 1:19

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1001(a)(2) |
| | ) False Statements in Federal |
| MARK BOSWELL | ) Investigations |
| | ) |
| | ) 18 U.S.C. § 1519 |
| | ) Destruction of Records in Federal |
| | ) Investigations |

CR225-015

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Counts 1 and 3:** False Statements in Federal Investigations
18 U.S.C. § 1001(a)(2)
- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

**Count 2:** Destruction of Records in Federal Investigations
18 U.S.C. § 1519
- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Timothy P. Dean*

Timothy P. Dean
Assistant United States Attorney
Georgia Bar Number 506124